

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § 3:-14CR-463-D |
|---|---|
| v. | |
| DANIEL ALLYN | |

### INDICTMENT

The Grand Jury Charges:

### Count One
### Bank Robbery
### (Violation of 18 U.S.C. § 2113(a))

On or about November 5, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Daniel Allyn**, by force and violence, and by intimidation, did knowingly and intentionally take from the person and presence of an employee of the First Convenience Bank, located at 430 North Coit Road, Richardson, Texas, United States currency belonging to, and in the care, custody, control, management and possession of, First Convenience Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Indictment - Page 1

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

LARA L. BURNS
Special Assistant United States Attorney
Louisiana Bar Roll No. 24987
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8614
Fax: 214-659-8809

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL ALLYN

INDICTMENT

18 U.S.C. § 2113(a)
Bank Robbery

(1 COUNT)

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this ___ day of December, 2014.

---
Clerk

In State Custody – Warrant to be Issued

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Criminal matter pending: 3:14-MJ-777-BK