IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:14-CR-463-D |
| v. | |
| DANIEL ALLYN | |

## FACTUAL RESUME

*Elements: Count One*
Bank Robbery
(18 U.S.C. § 2113(a))

First:    That the defendant intentionally took from the person or the presence of the person described in the indictment, money;

Second:    That the money belonged to or was in the possession of a federally insured bank at the time of the taking; and

Third:    That the defendant took the money by means of force and violence or by means of intimidation.[1]

STIPULATED FACTS:

On or about November 5, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Daniel Allyn**, by force and violence and intimidation, did knowingly and intentionally take from the person and presence of an employee of First Convenience Bank, United States currency belonging to, and in the care, custody, control, management and possession of, First Convenience Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

---

[1] Instruction 2.79, Pattern Jury Instructions, U.S. Fifth Circuit, District Judges Association, 2012 Edition, West Publishing Company.

Factual Resume - Page 1

Allyn entered the above-referenced bank with the specific intent to commit bank robbery. Upon entering the bank, Allyn approached the teller and placed a hand written note on the counter. The note demanded $2000.00 in $50.00 bills. Allyn then placed two black cloth bags on the counter. The intimidated teller ~~was in fear for her life and~~ placed $1301.00 in United States currency in the bags.

Allyn admits the money taken from the teller was money that belonged to, or was in the possession of, First Convenience Bank. Allyn admits he took the money from the teller by means of intimidation. At the time of the events described above, the deposits of First Convenience Bank, 430 North Coit Road, Richardson, Texas, were insured by the Federal Deposit Insurance Corporation.

AGREED TO AND SIGNED this 24th day of April, 2015.

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

DANIEL ALLYN
Defendant

LARA L. BURNS
Special Assistant United States Attorney
Louisiana State Bar Roll No. 24987
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8614
Fax: 214-659-8809
Email: Lara.Burns@usdoj.gov

CAMILLE KNIGHT
Attorney for Defendant

Factual Resume - Page 2